```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-6915
        FAX: (415) 436-6927
 7

 8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ATHAR M. MIR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, DHS;<br>EMILIO T. GONZALES, USCIS Director;<br>DAVID STILL, District Director USCIS,<br>San Francisco District Office;<br>FRANCIS SICILIANO, Officer-in-Charge<br>USCIS San Jose Sub-Office;<br>ALBERTO GONZALES, U.S. Attorney General,<br><br>    Defendants. | No. C 07-3099 JW<br><br>**STIPULATION TO EXTEND DATES and [PROPOSED] ORDER** |

The plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about June 13, 2007. The Defendants' response is due on August 14, 2007.

2. Pursuant to this Court's June 13, 2007 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on September 24, 2007, and attend a case management conference on October 1, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

Stip. to Extend Dates
C07-3099 JW                           1

ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 14, 2007 |
| Last day to file Joint ADR Certification: | October 8, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 22, 2007 |
| Case Management Conference: | October 29, 2007, at 10:00 a.m. |

Date: August 15, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


            /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants



            /s/
Date: August 15, 2007          MILLIE ANNE M.L. SUMCAD
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
                              JAMES WARE
                              United States District Judge

Stip. to Extend Dates
C07-3099 JW                    2