1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  ATHAR M. MIR,                              )
                                               )  No. C 07-3099 JW
13                  Plaintiff,                 )
                                               )
14          v.                                 )
                                               )  **STIPULATION TO EXTEND TIME**
15  MICHAEL CHERTOFF, Secretary, DHS;          )  **WITHIN WHICH THE DEFENDANT**
    EMILIO T. GONZALES, USCIS Director;        )  **MUST FILE AN ANSWER and**
16  DAVID STILL, District Director USCIS,      )  **[PROPOSED] ORDER**
    San Francisco District Office;             )
17  FRANCIS SICILIANO, Officer-in-Charge       )
    USCIS San Jose Sub-Office;                 )
18  ALBERTO GONZALES, U.S. Attorney General,   )
                                               )
19                  Defendants.                )
                                               )
20

21      Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to an extension of time within

23  which the defendants must serve their response to the complaint, based on the following:

24      1. The plaintiff filed an application for naturalization with the United States Citizenship and

25  Immigration (USCIS) on July 15, 2002 and October 11, 2006.

26      2. The FBI has recently completed the name check of plaintiff.

27      3. In order to complete adjudication of plaintiff's naturalization application, USCIS needs to

28  conduct an updated interview of plaintiff.  The interview is scheduled for September 24, 2007.

Stip. to Extend Time to Answer
C07-3099 JW                                    1

4. Accordingly, the defendants hereby respectfully ask this Court to extend defendants' response to the plaintiff's complaint to October 5, 2007.

Date: September 12, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: September 12, 2007

/s/
MILLIE ANNE M.L. SUMCAD
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JAMES WARE
United States District Judge

Stip. to Extend Time to Answer
C07-3099 JW                                      2