1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
8 | Attorneys for Defendants

9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA
11 | SAN JOSE DIVISION

12 | ATHAR M. MIR,                                   )
                                                    ) No. C 07-3099 JW
13 |         Plaintiff,                             )
                                                    )
14 |     v.                                         ) **STIPULATION FOR REMAND and**
                                                    ) **[PROPOSED} ORDER**
15 | MICHAEL CHERTOFF, Secretary, DHS;              )
EMILIO T. GONZALES, USCIS Director;                 )
16 | DAVID STILL, District Director USCIS,          )
San Francisco District Office;                      )
17 | FRANCIS SICILIANO, Officer-in-Charge           )
USCIS San Jose Sub-Office;                          )
18 | ALBERTO GONZALES, U.S. Attorney General,       )
                                                    )
19 |         Defendants.                            )
                                                    )
20 |

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, that this action be remanded

23 pursuant to 8 U.S.C. 1447 (b) to the United States Citizenship and Immigration Services

24 ("USCIS") with an order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-

25 400") within 30 days after approval of this stipulation by the Court.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation for Remand
C07-3099 JW                                         1

| | | |
|---|---|---|
| 1 | Date: September 27, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |

Date: September 26, 2007         _____/s/_____
                                 MILLIE ANNE M.L. SUMCAD
                                 Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                 JAMES WARE
                                 United States District Judge

Stipulation for Remand
C07-3099 JW                              2