1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 ATHAR M. MIR,                        )
                                        ) No. C 07-3099 JW
13                 Plaintiff,           )
                                        )
14         v.                           ) **STIPULATION FOR REMAND and
                                        ) [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary, DHS;    )
   EMILIO T. GONZALES, USCIS Director;  )
16 DAVID STILL, District Director USCIS,)
   San Francisco District Office;       )
17 FRANCIS SICILIANO, Officer-in-Charge )
   USCIS San Jose Sub-Office;           )
18 ALBERTO GONZALES, U.S. Attorney General, )
                                        )
19                 Defendants.          )
   _____)
20

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, that this action be remanded

23 pursuant to 8 U.S.C. 1447 (b) to the United States Citizenship and Immigration Services

24 ("USCIS") with an order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-

25 400") within 30 days after approval of this stipulation by the Court.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation for Remand
C07-3099 JW                                   1

1  Date: September 27, 2007                    Respectfully submitted,

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4                                              _____/s/_____
                                               EDWARD A. OLSEN
5                                              Assistant United States Attorney
                                               Attorneys for Defendants
6

7
                                               _____/s/_____
8  Date: September 26, 2007                    MILLIE ANNE M.L. SUMCAD
                                               Attorney for Plaintiff
9

10                                    **ORDER**

11     Pursuant to stipulation, IT IS SO ORDERED.  The Clerk shall close the file.

12
   Date: October 1, 2007
13                                             _____
                                               JAMES WARE
14                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Remand
C07-3099 JW                            2